---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____     Chapter   **7**

☐ Check if this an
  amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cafe La Reine - North End, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-1108550** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **53 Hooksett Road**<br>**Manchester, NH 03104**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br>**53 Hooksett Road Manchester, NH 03104**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Cafe La Reine - North End, LLC**                                       Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

Debtor    **Cafe La Reine - North End, LLC**                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment** _____   Relationship _____

District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Cafe La Reine - North End, LLC**                                   Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Cafe La Reine - North End, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2023**
                       MM / DD / YYYY

**X** **/s/ Alexandra Horton**                                 **Alexandra Horton**
Signature of authorized representative of debtor       Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Eleanor Wm. Dahar**                     Date    **July 7, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Eleanor Wm. Dahar**
Printed name

**Victor W. Dahar Professional Association**
Firm name

**20 Merrimack Street**
**Manchester, NH 03101**
Number, Street, City, State & ZIP Code

Contact phone    **(603) 622-6595**         Email address    **vdaharpa@att.net**

**BNH 01784 NH**
Bar number and State

Debtor  **Cafe La Reine - North End, LLC**                                    Case number *(if known)*  _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
| --- | --- | --- | --- |
| Debtor | **Alexandra Horton** | Relationship to you | **She is Principal of Debtor** |
| District | **New Hampshire** | When _____ Case number, if known | **TBD** |
| Debtor | **Cafe La Reine, LLC** | Relationship to you | **Principal of Debtor is same** |
| District | **New Hampshire** | When _____ Case number, if known | **TBD** |

**Fill in this information to identify the case:**

Debtor name **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $120,259.19 |
   | For prior year:<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $82,963.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Debtor    **Cafe La Reine - North End, LLC**                                    Case number *(if known)*

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Alexandra Horton**<br>**817 Maple Street**<br>**Manchester, NH 03104**<br>**Principal** | **None** | **$0.00** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☐ None

Debtor **Cafe La Reine - North End, LLC**     Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Friends of Stark Park**<br>**Manchester, NH 03104** | **monetary donation** | **2022** | **$250.00** |
| | **Recipients relationship to debtor**<br>**No relationship** | | | |

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **The Debtor suffered a loss by theft of cash drawers and cash.** | **Debtor was reimbursed $500.00 by insurance company and the funds were used to purchase new cash drawers.** | **02/12/2023** | **$500.00** |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Victor W. Dahar Professional Association**<br>**20 Merrimack Street**<br>**Manchester, NH 03101** | **Attorney Fees, including filing fee to Court.** | | **$2,800.00** |
| | **Email or website address**<br>**vdaharpa@att.net** | | | |
| | **Who made the payment, if not debtor?**<br>**Benjamin Horton, Spouse of Principal** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Cafe La Reine - North End, LLC**                                          Case number *(if known)*

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Primary Bank**<br>**207 Route 101**<br>**Bedford, NH 03110** | | | **$0.00** |
| | **Relationship to debtor**<br>**No relation** | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor   **Cafe La Reine - North End, LLC**                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    Cafe La Reine - North End, LLC                                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Robert Corallino, CPA** **114 Bay Street** **Manchester, NH 03104** | **2022 tax return** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Primary Bank** **207 Route 101** **Bedford, NH 03110** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor  **Cafe La Reine - North End, LLC**     Case number *(if known)*

�■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alexandra Horton | 817 Maple Street Manchester, NH 03104 | Manager | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Alexandra Horton 817 Maple Street Manchester, NH 03104 | No distributions | No distributions | |
| | Relationship to debtor Manager | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor  **Cafe La Reine - North End, LLC**                              Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 7, 2023**

**/s/ Alexandra Horton**                              **Alexandra Horton**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

---

**Fill in this information to identify the case:**

Debtor name: **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Primary Bank - Account** | **Checking** | **2772** | **$43.31** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$43.31** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Cafe La Reine - North End, LLC**                                    Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies See attached list.  Much of the inventory was perishable and has expired.** | | $0.00 | | $1,000.00 |

23. **Total of Part 5.**                                                                    $1,000.00

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Debtor   **Cafe La Reine - North End, LLC**                    Case number *(If known)* _____
Name

| **Printer on site** | $0.00 | | $100.00 |
|---|---|---|---|

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    $100.00
Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**See attached equipment list, including the coffee roaster, which is financed through Alliance Coffee Funding.** | $0.00 | | $0.00 |

51.   **Total of Part 8.**                                                                    $0.00
Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Debtor  **Cafe La Reine - North End, LLC**　　　　　　　　　Case number *(If known)* _____
　　　　　Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Cafe La Reine - North End, LLC**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,143.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,143.31 |

CAFE LA REINE - NORTH END, LLC Inventory List

| | | | | | | |
|---|---|---|---|---|---|---|
| **Toilet paper** | | | | | | |
| **Dispensers for toilet paper, paper towels** | | | | | | |
| **Soap dispensers** | | | | | | |
| **Dish soap** | | | | | | |
| **Sanitizer** | | | | | | |
| **Pre soak** | | | | | | |
| **Ecolab products** | | | | | | |
| **Freezer cleaner** | | | | | | |
| **Menu sleeves** | | | | | | |
| **Drink buckets** | | | | | | |
| **Paper towels** | | | | | | |
| **Drink mixers** | | | | | | |
| **Stock** | | | | | | |
| **GF flour** | | | | | | |
| **Olive oil** | | | | | | |
| **syrup** | | | | | | |
| **Disposable cups** | | | | | | |
| **To go containers** | | | | | | |
| **Sauces** | | | | | | |
| **Juices** | | | | | | |
| **Honey** | | | | | | |
| **Baking needs, baking powder, etc** | | | | | | |
| **Hand soap** | | | | | | |
| **Alternative milks** | | | | | | |
| **Fry oil** | | | | | | |
| **Trash bags** | | | | | | |
| **Liquor** | | | | | | |
| **Frozen Breads** | | | | | | |
| | | | | | | |

1

Cafe la Reine - North End, LLC Equipment List

| | | | | | |
|---|---|---|---|---|---|
| La Marzocco 2 group espresso machine | | | | | |
| 2 Mazzer espresso grinders | | | | | |
| 2 Bunn ITCB brewer | | | | | |
| 2 Bunn Coffee Grinders | | | | | |
| Manitowoc 500lb Ice Machine | | | | | |
| Kegerator, tap system and regulators | | | | | |
| Conveyor Toaster (needs fan) | | | | | |
| 2 mini fridges | | | | | |
| Under Counter fridge | | | | | |
| Butcher block table | | | | | |
| Stainless Steel Prep Table | | | | | |
| 2 Grills | | | | | |
| 2 Microwaves | | | | | |
| Upright fridge/ freezer | | | | | |
| 2 fryers | | | | | |
| Fryer table | | | | | |
| Double Waffle Iron | | | | | |
| Panini Press | | | | | |
| Salad Unit | | | | | |
| Various mugs, glasses, plates, and cooking utensils | | | | | |
| 26 Booths | | | | | |
| Bar with Permanent Seating | | | | | |
| 11 Tables with bases | | | | | |
| 32 chairs | | | | | |
| 1 High Chair, 3 booster seats | | | | | |
| Neon Logo Sign | | | | | |
| Outdoor Tables and chairs (8 sets) | | | | | |
| Outdoor picnic tables (6) | | | | | |
| Vacuum | | | | | |
| Mirror and bathroom fixtures | | | | | |
| Blodgett Oven | | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| Food processor | | | | | |
| 2 slicers | | | | | |
| Kitchen Aid Mixer with extra bowl | | | | | |
| Stereo | | | | | |
| Ring Cameras (9) | | | | | |
| Ring Security System | | | | | |
| Juicer | | | | | |
| Cake plates and stands | | | | | |
| Various shelving units | | | | | |
| Various storage containers | | | | | |
| Stainless steel pans | | | | | |
| Plastic pans | | | | | |
| Mop Sink | | | | | |
| Prep Sink | | | | | |
| 3 Bay Sink | | | | | |
| 4 Hand Sinks | | | | | |
| Walk in Cooler/Freezer | | | | | |
| Soup Warmers | | | | | |
| Silverware | | | | | |
| Glassware | | | | | |
| Fire Suppression hoods (2) | | | | | |
| 2 ice cream coolers | | | | | |
| Beverage station with sink | | | | | |
| Hot fudge warmers | | | | | |
| 2 burners stove | | | | | |
| Espresso water filtration system | | | | | |
| Vitamin blender | | | | | |
| Grease trap | | | | | |
| Storage unit outside | | | | | |
| Mop bucket | | | | | |
| TVs (6) | | | | | |
| Printer | | | | | |
| Walkie Talkies | | | | | |
| Safe | | | | | |
| Tablet | | | | | |
| Alexa | | | | | |
| Trash cans | | | | | |
| Merch shelf | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Airpots | | | | | | |
| 2 benches | | | | | | |
| Host stand | | | | | | |
| Chalkboard signs | | | | | | |
| Bussers cart | | | | | | |
| Scale | | | | | | |
| 50 gallon food storage containers | | | | | | |
| Umbrellas | | | | | | |
| Small Ice machine | | | | | | |
| Donut maker | | | | | | |
| Fry cutters (2) | | | | | | |
| Apple peeler | | | | | | |
| Folding table | | | | | | |
| cooler | | | | | | |
| Frothing pitchers | | | | | | |
| Shakers, bar tools | | | | | | |
| Frappe machine | | | | | | |
| 3 Open signs | | | | | | |
| Table tents | | | | | | |
| 9 basket lights | | | | | | |
| 10 globe lights | | | | | | |
| Host sign | | | | | | |
| | | | | | | |

**Fill in this information to identify the case:**

Debtor name    **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1    Alliance Funding Group**
Creditor's Name

**17542 17th Street, #200
Tustin, CA 92780**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8500**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See attached equipment list, including the coffee roaster, which is financed through Alliance Coffee Funding.**

**Describe the lien**
**UCC Financing Statement on leased equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Unknown | $0.00 |
|---|---|---|

**2.2    Corporation Service Company, as Rep.**
Creditor's Name

**P.O. Box 2576
Springfield, IL 62798**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All equipment, modifications, accessions, attachments, replacements and proceeds relative to equipment lease dated 2/7/23**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | Unknown | Unknown |
|---|---|---|

Debtor **Cafe La Reine - North End, LLC**     Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Primary Bank** | **Describe debtor's property that is subject to a lien** | $251,778.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Mortgage on Principal's residence and UCC Financing Statement - Equipment belonging to Debtor**

**207 Route 101**
**Bedford, NH 03110**
Creditor's mailing address

**Describe the lien**
**Non-revolving line of Credit Converting to a Term Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**oan1**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Primary Bank** | **Describe debtor's property that is subject to a lien** | $46,010.59 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC Financing Statement - Equipment belonging to Debtor**

**207 Route 101**
**Bedford, NH 03110**
Creditor's mailing address

**Describe the lien**
**Commercial Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**oan2**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Toast Capital, LLC** | **Describe debtor's property that is subject to a lien** | $27,820.83 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Installment Agreement - secured by UCC Financing Statement**

**401 Park Drive, Suite 801**
**Boston, MA 02215**
Creditor's mailing address

**Describe the lien**
**Business loan and security agreement**

---

Debtor **Cafe La Reine - North End, LLC**
Name

Case number (if known)

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | **$325,609.42**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Mark D. Kanakis, Esq.**<br>**Smith-Weiss Shepard Kanakis & Spony, PC**<br>**47 Factory Street**<br>**Nashua, NH 03060** | Line __2.3__ | |
| **Mark D. Kanakis, Esq.**<br>**Smith-Weiss Shepard Kanakis & Spony, PC**<br>**47 Factory Street**<br>**Nashua, NH 03060** | Line __2.4__ | |
| **US Small Business Adminstration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | Line __2.3__ | 9107 |
| **US Small Business Adminstration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | Line __2.4__ | |
| **WebBank**<br>**172 South Street**<br>**New Providence, NJ 07974** | Line __2.5__ | |

**Fill in this information to identify the case:**

Debtor name    **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**Alexandra Horton**
**817 Maple Street**
**Manchester, NH 03104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to company**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

**American Express Business Line of Credit**
**PO Box 270622**
**Atlanta, GA 30357**

Date(s) debt was incurred _

Last 4 digits of account number  **8605**

As of the petition filing date, the claim is: *Check all that apply.*      **$18,777.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business line of credit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

**Amoskeag Beverages**
**510 Hall Street**
**Bow, NH 03304**

Date(s) debt was incurred _

Last 4 digits of account number  **9562**

As of the petition filing date, the claim is: *Check all that apply.*      **$160.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

**Citizens Bank**
**1 Citizens Drive**
**Riverside, RI 02915-3019**

Date(s) debt was incurred _

Last 4 digits of account number  **3534**

As of the petition filing date, the claim is: *Check all that apply.*      **$4,070.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overdraft line of credit**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor **Cafe La Reine - North End, LLC**
Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.24 |

**3.5** Nonpriority creditor's name and mailing address

**Comcast Business**
**P.O. Box 21828**
**Eagan, MN 55121-0828**

Date(s) debt was incurred _

Last 4 digits of account number  **2246**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$378.24

---

**3.6** Nonpriority creditor's name and mailing address

**Hometown Coffee Roasters**
**80 Old Granite Street**
**Manchester, NH 03101**

Date(s) debt was incurred _

Last 4 digits of account number  **4459**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.7** Nonpriority creditor's name and mailing address

**Mitsubishi HC Capital America**
**7201 Metro Boulevard, Suite 800**
**Edina, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Installment agreement - equipment financing**

Is the claim subject to offset? ■ No ☐ Yes

$38,372.32

---

**3.8** Nonpriority creditor's name and mailing address

**Spectrum Marketing Companies**
**95 Eddy Road, Suite 101**
**Manchester, NH 03102**

Date(s) debt was incurred _

Last 4 digits of account number  **CAFLAREI**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,042.94

---

**3.9** Nonpriority creditor's name and mailing address

**The Fruit Center**
**15 Webster Street**
**Manchester, NH 03104**

Date(s) debt was incurred _

Last 4 digits of account number  **1608**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,376.10

---

**3.10** Nonpriority creditor's name and mailing address

**US Bank**
**PO Box 6335**
**Fargo, ND 58125-6335**

Date(s) debt was incurred _

Last 4 digits of account number  **0943**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card purchases**

Is the claim subject to offset? ■ No ☐ Yes

$2,742.80

---

**3.11** Nonpriority creditor's name and mailing address

**US Foods**
**100 Ledge Road**
**Seabrook, NH 03874**

Date(s) debt was incurred _

Last 4 digits of account number  **3115**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,525.33

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **Cafe La Reine - North End, LLC**
_____
Name

Case number *(if known)* _____

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Toast**<br>**401 Park Drive, Suite 801**<br>**Boston, MA 02215** | Line **3.7**<br><br>☐ Not listed. Explain ____ | **0001** |
| 4.2 | **US Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 92,536.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 92,536.26 |

**Fill in this information to identify the case:**

Debtor name      **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sixty-eight (68) month lease commencing July 1, 2022 and ending on February 29, 2028. Free rent period, months 1-8:  $0.00 per month base rent and commencing March 1, 2023, base rent is $5,536.00 per month. As "additional rent", tenant also pay its proportionate share of real estate taxes, assessments, charges, utility costs, insurance premiums, repair costs and expenditures of Landlord, as outlined in the Lease.** | |
| | State the term remaining | | **53 DW Highway North, LLC c/o CPManagement, LLC 11 Court Street, Suite 100 Exeter, NH 03833** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **60 month lease for equipment at $2,528.56 per month, commencing 02/07/2023.** | |
| | State the term remaining | | **Alliance Funding Group 17542 17th Street, #200 Tustin, CA 92780** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                               *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | Primary Bank | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | Mitsubishi HC Capital America | ☐ D _____ ☑ E/F __3.7__ ☐ G _____ |
| 2.3 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | Alliance Funding Group | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | American Express Business Line of Credit | ☐ D _____ ☑ E/F __3.2__ ☐ G _____ |
| 2.5 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | Primary Bank | ☑ D __2.4__ ☐ E/F _____ ☐ G _____ |

Debtor   **Cafe La Reine - North End, LLC**          Case number *(if known)* _____

---

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| 2.6 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | Toast Capital, LLC | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.7 | Benjamin Horton | 817 Maple Street Manchester, NH 03104 | Primary Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Cafe La Reine, LLC | 915 Elm Street Manchester, NH 03104 | Primary Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | 53 DW Highway North, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |
| 2.10 | Alexandra Horton | 817 Maple Street Manchester, NH 03104 | Alliance Funding Group | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name    **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................  $          **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................  $     **1,143.31**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................  $     **1,143.31**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $    **325,609.42**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $          **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$   **92,536.26**

4. Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b                $     **418,145.68**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Hampshire

In re   **Cafe La Reine - North End, LLC**
                                                                          Case No.
                        Debtor(s)                                         Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $   **2,800.00** |
    | Prior to the filing of this statement I have received | $   **2,800.00** |
    | Balance Due | $   **0.00** |

2.  $   **338.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor       ☑ Other (specify):   **Benjamin Horton, Spouse of Principal**

4.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 7, 2023**
*Date*

**/s/ Eleanor Wm. Dahar**
**Eleanor Wm. Dahar**
*Signature of Attorney*
**Victor W. Dahar Professional Association**
**20 Merrimack Street**
**Manchester, NH 03101**
**(603) 622-6595   Fax: (603) 647-8054**
**vdaharpa@att.net**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name    **Cafe La Reine - North End, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2023**      X *ˢ/ Alexandra Horton*
                                        Signature of individual signing on behalf of debtor

                                      **Alexandra Horton**
                                      Printed name

                                      **Manager**
                                      Position or relationship to debtor

# United States Bankruptcy Court
## District of New Hampshire

In re   **Cafe La Reine - North End, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cafe La Reine - North End, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 7, 2023**

Date

**/s/ Eleanor Wm. Dahar**

**Eleanor Wm. Dahar**

Signature of Attorney or Litigant

Counsel for   **Cafe La Reine - North End, LLC**

**Victor W. Dahar Professional Association**
**20 Merrimack Street**
**Manchester, NH 03101**
**(603) 622-6595 Fax:(603) 647-8054**
**vdaharpa@att.net**

**United States Bankruptcy Court**
**District of New Hampshire**

In re   **Cafe La Reine - North End, LLC**                          Case No.
_____

                                    Debtor(s)          Chapter        **7**

# VERIFICATION OF CREDITOR MAILING LIST

      The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of __**2**__ pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date:   **July 7, 2023**                                    **/s/ Alexandra Horton**
                                                   Debtor Signature
                                                   **Alexandra Horton**
                                                   Print Name
                                                   Address    **53 Hooksett Road**
                                                   **Manchester NH 03104-0000**
                                                   Tel. No.

LBF 1007-2 (Eff. 11/1/16)

53 DW Highway North, LLC
c/o CPManagement, LLC
11 Court Street, Suite 100
Exeter, NH 03833

Alexandra Horton
817 Maple Street
Manchester, NH 03104

Alliance Funding Group
17542 17th Street, #200
Tustin, CA 92780

American Express Business Line of Credit
PO Box 270622
Atlanta, GA 30357

Amoskeag Beverages
510 Hall Street
Bow, NH 03304

Citizens Bank
1 Citizens Drive
Riverside, RI 02915-3019

Comcast Business
P.O. Box 21828
Eagan, MN 55121-0828

Corporation Service Company, as Rep.
P.O. Box 2576
Springfield, IL 62798

Hometown Coffee Roasters
80 Old Granite Street
Manchester, NH 03101

Mark D. Kanakis, Esq.
Smith-Weiss Shepard Kanakis & Spony, PC
47 Factory Street
Nashua, NH 03060

Mitsubishi HC Capital America
7201 Metro Boulevard, Suite 800
Edina, MN 55439

Primary Bank
207 Route 101
Bedford, NH 03110

Spectrum Marketing Companies
95 Eddy Road, Suite 101
Manchester, NH 03102

```
The Fruit Center
15 Webster Street
Manchester, NH 03104

Toast
401 Park Drive, Suite 801
Boston, MA 02215

Toast Capital, LLC
401 Park Drive, Suite 801
Boston, MA 02215

US Bank
PO Box 6335
Fargo, ND 58125-6335

US Bank
P.O. Box 790408
Saint Louis, MO 63179

US Foods
100 Ledge Road
Seabrook, NH 03874

US Small Business Adminstration
2 North Street, Suite 320
Birmingham, AL 35203

WebBank
172 South Street
New Providence, NJ 07974
```